UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-                                                  26 CR 18 (CM) & 11 CR 912 (CM)

JAMAL FRAZER,

Defendant.

ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE
A U.S. MAGISTRATE JUDGE

McMahon, J.:

On January 20, 2026, United States Magistrate Sarah Netburn, presided over the plea allocution in the 26 CR 18 (CM), as well as defendant's plea to specification 7 of the open violation petition in 11 CR 912 (CM).  The Court having reviewed the transcript of the allocution for both cases, the charging papers, and all other pertinent parts of the record, including the VOSR Petition in 11 CR 912 (CM), finds that the pleas accord with the requirements of the Federal Rules, including Rule 11 of the Federal Rules of Criminal Procedure.  Accordingly, the Court adjudges defendant guilty of the offense(s) to which the guilty pleas were offered.  The Clerk is directed to enter the pleas.



United States District Court

February 19, 2026
New York, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-19-26