UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

        - v. -

JAMAL FRAZER.
    a/k/a "JT."

              Defendant.

------------------------------------- x

:
:
:    CONSENT PRELIMINARY ORDER
:    OF FORFEITURE AS TO
:    SPECIFIC PROPERTY
:
:    26 Cr. 18 (CM)
:
:

WHEREAS. on or about January 20. 2026. JAMAL FRAZER (the "Defendant"). was charged in a one-count Information. 26 Cr. 18 (CM) (the "Information"). with firearms trafficking conspiracy. in violation of Title 18. United States Code. Section 933(a)(3) (Count One):

WHEREAS. the Information included a forfeiture allegation as to Count One of the Information. seeking forfeiture to the United States. pursuant to Title 18. United States Code. Section 924(d)(1) and Title 28. United States Code. Section2461(c). of any and all firearms and ammunition involved in or used in or intended to be used in the offense charged in Count One of the Information. including but not limited to:

    a.    A Taurus G2C nine-millimeter semi-automatic handgun. serial number TLY37:

    b.    A Kel Tec Sub-2000 nine-millimeter carbine style rifle. serial number FFDA52. and a high-capacity magazine:

    c.    A Glock 22 .40 caliber handgun. serial number UCE211. with two loaded magazines:

    d.    A Ruger EC9s nine-millimeter handgun. serial number 455-87999: and

    e.    A Glock 48 nine-millimeter handgun. serial number BLUM847:

(a. through e.. collectively. the "Firearms and Ammunition"):

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-28-26

Case 1:26-cr-00018-CM    Document 26-1    Filed 04/23/26    Page 2 of 5

WHEREAS, on or about January 20, 2026, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all right, title and interest of the Defendant in the Firearms and Ammunition;

WHEREAS, the Defendant consents to the forfeiture of all his right, title and interest in the following property, as firearms and ammunition involved in or used in the offense charged in Count One of the Information:

a.   A Taurus G2C nine-millimeter semi-automatic handgun, serial number TLY37592 that was seized by the Government on or about March 13, 2025, in New York, NY;

b.   A Kel Tec Sub-2000 nine-millimeter carbine style rifle, serial number FFDA52, and a high-capacity magazine that was seized by the Government on or about July 16, 2025, in the Bronx, New York;

c.   A Glock 22 .40 caliber handgun, serial number UCE211, with two loaded magazines that was seized by the Government on or about July 16, 2025, in the Bronx, New York;

d.   A Ruger EC9s nine-millimeter handgun, serial number 455-87999 that was seized by the Government on or about August 6, 2025, in the Bronx, New York; and

e.   A Glock 48 nine-millimeter handgun, serial number BLUM847 that was seized by the Government on or about August 6, 2025, in the Bronx, New York

(a. through j., collectively, the "Specific Property"); and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its

Case 1:26-cr-00018-CM    Document 26-1    Filed 04/23/26    Page 3 of 5

possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein:

IT IS HEREBY STIPULATED AND AGREED. by and between the United States of America. by its attorney Jay Clayton. United States Attorney. Assistant United States Attorney Ryan W. Allison. of counsel. and the Defendant and his counsel. John Burke. Esq.. that:

1.     As a result of the offense charged in Count One of the Information. to which the Defendant pled guilty. all of the Defendant's right. title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law. subject to the provisions of Title 21. United States Code. Section 853.

2.     Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure. this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant JAMAL FRAZER. and shall be deemed part of the sentence of the Defendant. and shall be included in the judgment of conviction therewith.

3.     Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property. the United States (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4.     Pursuant to Title 21. United States Code. Section 853(n)(1). Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure. and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions. the United States is permitted to publish forfeiture notices on the government internet site. www.forfeiture.gov.  This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days.  Any person. other than the Defendant. claiming interest in the Specific

Case 1:26-cr-00018-CM     Document 26-1     Filed 04/23/26     Page 4 of 5

Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site. or no later than thirty-five (35) days from the mailing of actual notice. whichever is earlier.

5.      The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property. (ii) shall be signed by the petitioner under penalty of perjury. and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property. the time and circumstances of the petitioner's acquisition of the right. title and interest in the Specific Property. any additional facts supporting the petitioner's claim. and the relief sought. pursuant to Title 21. United States Code, Section 853(n).

6.      Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure. the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7.      Upon adjudication of all third-party interests. this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21. United States Code. Section 853(n). in which all interests will be addressed.

8.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure. the United States Attorney's Office is authorized to conduct any discovery needed to identify. locate or dispose of forfeitable property. including depositions. interrogatories. requests for production of documents and the issuance of subpoenas.

9.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property. and to amend it as necessary. pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

10.    The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts. each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    /s/ Ryan W. Allison                                4/22/26
       Ryan W. Allison                                    _____
       Assistant United States Attorney                   DATE
       26 Federal Plaza
       New York, NY 10278
       (212) 637-2474


JAMAL FRAZER


By:    /s/ Jamal Frazer by J.B.                           APRIL 22, 2026
       Jamal Frazer                                       DATE


By:    John Burke                                         April 22, 2026
       John Burke, Esq.                                   DATE
       Attorney for Defendant
       26 Court Street, Suite 1016
       Brooklyn, NY 11242


SO ORDERED:


_____                          4/28/2026
HONORABLE COLLEEN MCMAHON                                  DATE
UNITED STATES DISTRICT JUDGE