Case 1:26-cr-00018-CM Document 28-1 Filed 08/17/26 Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JAMAL FRAZER,
a/k/a "JT,"

Defendant.

**FINAL ORDER OF FORFEITURE**

26 Cr. 18 (CM)

WHEREAS, on or about April 28, 2026, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 27), which ordered the forfeiture to the United States of all right, title and interest of JAMAL FRAZER (the "Defendant") in the following property:

a. A Taurus G2C nine-millimeter semi-automatic handgun, serial number TLY37592 that was seized by the Government on or about March 13, 2025, in New York, NY;

b. A Kel Tec Sub-2000 nine-millimeter carbine style rifle, serial number FFDA52, and a high-capacity magazine that was seized by the Government on or about July 16, 2025, in the Bronx, New York;

c. A Glock 22 .40 caliber handgun, serial number UCE211, with two loaded magazines that was seized by the Government on or about July 16, 2025, in the Bronx, New York;

d. A Ruger EC9s nine-millimeter handgun, serial number 455-87999 that was seized by the Government on or about August 6, 2025, in the Bronx, New York; and

e. A Glock 48 nine-millimeter handgun, serial number BLUM847 that was seized by the Government on or about August 6, 2025, in the Bronx, New York

(a. through e., collectively, the "Specific Property");

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 8-17-26

Case 1:26-cr-00018-CM Document 28-1 Filed 08/17/26 Page 2 of 3

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on May 23, 2026, for thirty (30) consecutive days, through June 21, 2026, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court;

WHEREAS, on or about May 7, 2026, notice of the Preliminary Order of Forfeiture was sent by FedEx, to:

a. Matthew David Blessing
Martinez, GA 30907

(the "Noticed Party");

Case 1:26-cr-00018-CM Document 28-1 Filed 08/17/26 Page 3 of 3

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Party are the only individuals and/or entities known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property, is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
August 17, 2026

SO ORDERED:

Colleen McMahon

HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE